# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Joshua Santiago, et al.

                        Plaintiff,

v.                                                        Case No.: 1:23−cv−02891
                                                            Honorable Edmond E. Chang

Tesla, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 16, 2023:

       MINUTE entry before the Honorable Edmond E. Chang: On the Defendant's motion [22] to dismiss, the Plaintiffs' response is due on 09/11/2023. The defense reply is due on 09/25/2023. The status report deadline remains in place. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.