# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOSHUA SANTIAGO, JAMES ARNOLD, individually and on behalf of similarly situated individuals, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 1:23-cv-02891 |
| v. | ) Hon. Edmond E. Chang |
| TESLA, INC., a Delaware corporation, | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.17, Timothy P. Kingsbury respectfully moves for leave to withdraw his appearance as counsel for Plaintiffs in the above-captioned case and states:

1. Plaintiffs have been and are represented in this action by counsel from McGuire Law, P.C.

2. Effective May 24, 2024, Mr. Kingsbury will no longer be employed at McGuire Law, P.C. and wishes to withdraw his appearance.

3. Other McGuire Law attorneys, including Eugene Y. Turin and Andrew T. Heldut, will continue to represent Plaintiffs.

4. Therefore, Plaintiffs will not be prejudiced by the request sought herein.

WHEREFORE, Timothy P. Kingsbury respectfully requests that the Court grant him leave to withdraw as one of the attorneys of record for Plaintiffs in this action.

Dated: May 24, 2024               Respectfully submitted,

/s/ Timothy P. Kingsbury
Timothy P. Kingsbury
MCGUIRE LAW, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
tkingsbury@mcgpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2024, I caused the foregoing *Motion for Leave to Withdraw as Counsel* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

By: /s/ Timothy P. Kingsbury